■ In the Matter of DAMONE H., JR. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAMONE H., SR., Appellant. (Appeal No. 1.) [65 NYS3d 855]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered May 8, 2015 in a proceeding pursuant to Family Court Act article 10. The order determined that respondent had neglected the subject child.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Lisa E.* [appeal No. 1], 207 AD2d 983, 983 [4th Dept 1994]). Present—Smith, J.P., Carni, Lindley, Curran and Troutman, JJ.